# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EVELYN D. MCCULLOUGH-FRANTZ
AND KENNETH M. FRANTZ, HER
HUSBAND,

     Petitioners

     v.

CONSOL PENNSYLVANIA COAL
COMPANY,

     Respondent

: No. 505 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

MAXINE FISCHER, SINGLE, ROBERT
FISCHER AND DOREEN A. FISCHER,
HIS WIFE, VERE GAFFNEY AND
GLORIA I. GAFFNEY, HIS WIFE,
KENNETH L. KIRTLEY, AND ROBIN L.
KIRTLEY, HIS WIFE, DAVID W.
MCCULLOUGH AND FRANCES
MCCULLOUGH, HIS WIFE, JOHN
MCCULLOUGH AND SUE
MCCULLOUGH, HIS WIFE, LAURA
MILHAN, SINGLE, JEAN RODRIGUEZ,
SINGLE, AND JUDGE BRUCE M.
SNELL, JR., AND ANN SNELL, HIS
WIFE, BERNARD B. WALLACE AND
CHALMERS S. WALLACE, HIS WIFE,
DONNA H. CIGANIK AND VINCENT P.
CIGANIK, JR., HER HUSBAND,
PATRICIA A. CLARK, WIDOW, DENISE
DAVIDSON, SINGLE, RAY C. ELMER,
SINGLE, DOREEN L. EUP, SINGLE,
MRS. KENNETH GUTHRIE, WIDOW,
MARGARET J. SWART IREY, SINGLE,
NANCY IRWIN, SINGLE, DRAKE D.
LEITHOLD AND LISA JAYNE LEITHOLD,
HIS WIFE, JOSEPH LEITHOLD AND
RHONDA B. LEITHOLD, HIS WIFE,

: No. 514 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

ROBERT G. MCCRACKEN AND : PATRICIA M. MCCRACKEN, HIS WIFE, : ELIZABETH B. SWART MOATS AND : D.W. MOATS, HER HUSBAND, RUTH : ANN SWART PAGOS AND DONALD L. : PAGOS, HER HUSBAND, SHARON L. : RAFTER AND RICHARD M. RAFTER, : HER HUSBAND, LINDA ROSENLIEB : AND RICHARD ROSENLIEB, HER : HUSBAND, EUGENE SCHERICH AND : SUSAN SCHERICH, HIS WIFE, NEAL B. : SCHOENIAN AND YVONNE M. : SCHOENIAN, HIS WIFE, ELSIE SHAW, : SINGLE, JERRY L. SHAW, SINGLE, : LARRY SHAW AND JEAN A. SHAW, HIS : WIFE, RUTH M. SHAW, WIDOW, JOHN : R. SHAW AND LINDA M. SHAW, HIS : WIFE, LOIS SINCLAIR AND JAMES W. : SINCLAIR, HER HUSBAND, KEITH : STIGLBAUER AND SALLY : STIGLBAUER, HIS WIFE, WAYNE : STIGLBAUER, SINGLE, DUANE T. : SWART AND SHARON SWART, HIS : WIFE, JAMES H. SWART AND MARY : LOU SWART, HIS WIFE, RALPH C. : SWART AND NANCY M. SWART, HIS : WIFE, WAYNE C. SWART AND JOYCE : E. SWART, HIS WIFE, BETH T. VOLPP : AND RICHARD M. VOLPP, HER : HUSBAND, AND DAVID R. WALKER, : SINGLE, :

:

Petitioners :

:

:

v. :

:

:

CONSOL PENNSYLVANIA COAL :
COMPANY, :

:

Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.